**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

JAMES R. STANFILL *et al.*,            :
                                        :
    Plaintiffs,             :
                                        :
v.                                      :     CASE NO.:  7:25-CV-00180 (WLS)
                                        :
KILLER INSTINCT, INC. *et al.*,        :
                                        :
                                        :
    Defendants.             :
                                        :

## ORDER

Plaintiffs filed an amended complaint on February 27, 2026. (Doc. 37). A Party may amend its pleading once as a matter of course no later than twenty-one days after serving it. Fed. R. Civ. P. 15(a)(1)(A). Plaintiffs served their complaint on December 2, 2025. (Doc. 3). Therefore, the period in which a pleading may be amended as a matter of course has passed. As a result, the Court construes the amended complaint as a motion to amend. Under Rule 15(a)(2), after the period has passed, a party may amend a pleading only by leave of the Court or with the consent of the opposing party. Fed. R. Civ. P. 15(a)(2). Plaintiff has neither shown good cause, nor any indication that the opposing parties consent. Because Plaintiffs have shown neither good cause nor consent, the Motion is **DENIED**, without prejudice. If Plaintiffs wish to amend their complaint, they must so move either with a showing of good cause or the consent of opposing parties.

**SO ORDERED**, this 3rd day of March 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1