# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

|  |  |  |
|---|---|---|
| JAMES R. STANFILL *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | CASE NO.: 7:25-CV-00180 (WLS) |
| | : | |
| KILLER INSTINCT, INC. *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is Defendant Wal-Mart Stores East, LP's Motion to Dismiss. (Doc. 35) ("the Motion"). In response to the Motion, Plaintiff attempted to amend his Complaint and filed a Response, which was largely predicated on the content of the purported Amended Complaint. (Docs. 37 & 38). The Court denied Plaintiff's Motion to Amend because Plaintiff neither showed the consent of the opposing party nor sought leave of the Court. (Doc. 40). Therefore, the only documents properly before the Court in its consideration of the Motion is Wal-Mart's Motion to Dismiss (Doc. 35) and a Response (Doc. 38) predicated on a deficient filing. Therefore, the Court will allow Plaintiff an opportunity to either move to amend his Complaint or file a new Response within fourteen days of the entry of this order, or by no later than **Monday, June 2, 2026**. If Plaintiff moves to amend his Complaint, Defendants will have seven days to respond. If Plaintiff chooses to neither move to amend his Complaint nor file a new Response, the Court will consider the Motion (Doc. 35) and Response (Doc. 38) as filed.

**SO ORDERED**, this 18th day of May 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1