IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JAMES R. STANFILL and KATRINA STANFILL,<br><br>Plaintiffs,<br>v.<br><br>KILLER INSTINCT, INC., d/b/a Killer Instinct Crossbows; MSCKI, LLC d/b/a Killer Instinct Crossbows; WAL-MART STORES EAST, LP; JOHN DOES 1-4; ABC CORPORATIONS 1-5,<br><br>Defendants. | Case No.: 7:25-cv-00180-WLS |

**STIPULATION OF DISMISSAL OF DEFENDANT KILLER INSTINCT, INC., D/B/A KILLER INSTINCT CROSSBOWS**

COME NOW Plaintiffs, JAMES R. STANFILL and KATRINA STANFILL, in the above-styled civil action, and Defendants, KILLER INSTINCT, INC, MSCKI, LLC, and WAL-MART STORES EAST, LP, the only appearing Defendants in the above-styled civil action, by and through Counsel of Record, and pursuant to Fed. R. Civ. P. 41, hereby stipulate that all claims of Plaintiffs against Defendant KILLER INSTINCT, INC., are hereby DISMISSED without prejudice, with each Party bearing its own costs.

THIS 17th day of JUNE 2026.

**JODY D. PETERMAN, LLC**

*/s/T. Michael Burke, Jr.*
Jody D. Peterman
Georgia Bar No. 573552
T. Michael Burke, Jr.
Georgia Bar No. 106106
Stephen D. Delk
Georgia Bar No. 448395
*Attorneys for Plaintiffs.*

**HAWKINS PARNELL & YOUNG LLP**

*/s/Teresa E. Lazzaroni*
Teresa E. Lazzaroni
Georgia Bar No. 438614
*Attorney for Killer Instinct, Inc.*

**CLARK HILL PLC**

*/s/Milton S. Karfis*
Diane Festin LaRoss
Georgia Bar No. 430830
3630 Peachtree Road, N.E. Suite 700
Atlanta, GA 30326
dlaross@clarkhill.com
Milton S. Karfis, *PHV*
220 Park Street, Suite 300
Birmingham, Michigan 48009
mkarfis@clarkhill.com
*Counsel for MSCKI, Inc.*

**HILGERS PLLC**

*/s/William Burgess*
William Burgess
Georgia Bar No. 852972
3100 Interstate N. Circle SE
Atlanta, GA 30339
wburgess@hilgerslaw.com
Counsel for Defendant
*Wal-Mart Stores East, LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day I electronically filed the foregoing STIPULATION OF DISMISSAL OF DEFENDANT KILLER INSTINCT, INC., D/B/A KILLER INSTINCT CROSSBOWS through the Court's CM/ECF Electronic Filing System, which will send notification of such filing to all Counsel of Record as follows:

Diane Festin LaRoss, Esq.
CLARK HILL PLC
3630 Peachtree Road, N.E., Suite 700
Atlanta, GA 30326
dlaross@clarkhill.com
(678) 370-4278

Milton S. Karfis, Esq.
Stephanie M. Anderson, Esq.
Steven D. Brock, Esq.
CLARK HILL PLC
220 Park Street, Suite 200
Birmingham, Michigan 48009
mkarfis@clarkhill.com
sanderson@clarkhill.com
sbrock@clarkhill.com
(313) 965-8802

Rose J. Hunter-Jones, Esq.
William Burgess, esq.
HILGERS PLLC
3100 Interstate N. Circle SE
Suite 200 #1047
Atlanta, GA 30339
wburgess@hilgerslaw.com
rjones@hilgerslaw.com
(404) 595-7747

Teresa E. Lazzaroni, Esq.
HAWKINS PARNELL & YOUNG LLC
303 Peachtree Street, N.E., Suite 4000
Atlanta, GA 30308-3243
tlazzaroni@hpylaw.com
(404) 614-7662

THIS 17th day of JUNE 2026.

**JODY D. PETERMAN, LLC**

*/s/ Stephen D. Delk*
STEPHEN D. DELK
Georgia Bar No. 448395
T. MICHAEL BURKE, JR.
Georgia Bar No.106106
JODY D. PETERMAN
Georgia Bar No.573552

Attorneys for Plaintiff

P.O. Box 6010
Valdosta, GA 31603-6010
(229) 247-0386
jody@jodypetermanlaw.com
mike@jodypetermanlaw.com
stephen@jodypetermanlaw.com

SO ORDERED this 4th day
of November, 2026.
W. Louis Sands
W. Louis Sands, SR. Judge
United States District Court